RECEIVED
NOV 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CURTIS L. SMITH

VERSUS

WARDEN AVOYELLES CORR. CTR.

CIVIL ACTION NO. 6:06cv0567
JUDGE MELANÇON
MAG. JUDGE METHVIN

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

DENIED. The complaint was amended after original Judgment by the Court on November 8, 2006 [Rec. Doc. 13].

Signed at Lafayette, Louisiana, this 16th day of November, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE