# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **Curtis Smith** | **Criminal No: 06-0567** |
| versus | Judge Tucker Melançon |
| **Avoyelles Correctional Center** <br> **Lynn Cooper, Warden** | Magistrate Judge Methvin |

## ORDER

Before the Court is pro se litigant Curtis Smith's motion styled Motion to Leave and Proceed Under Miscarriage of Justice Clause and Actual Innocence Clause. It is

**ORDERED** that the Motion is referred to United States Magistrate Judge Mildred E. Methvin to conduct such hearing(s) and take such other actions as she deems necessary and advisable, and to submit a Report and Recommendation.

Thus done and signed this 1st day of November, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE