# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

Smith                                                                                       Civil Action No. 6:06-cv-0567

versus                                                                                     Judge Tucker L. Melançon

Avoyelles Correctional Center                                         Magistrate Judge Patrick J. Hanna

## CERTIFICATE AS TO APPEALABILITY

After considering the record in this case and the requirements of 28 U.S.C. § 2253, this Court hereby finds that a certificate of appealability is DENIED because the petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Thus done and signed this 14th day of April, 2011 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE